436 F.2d 595
 Ray L. JORDAN and Mrs. Mavis Jordan, his wife, Plaintiffs-Appellants,
v.
ILLINOIS CENTRAL RAILROAD, Defendant-Appellee.
No. 30092 Summary Calendar.*
*Rule 18, 5 Cir.; see Isbell Enterprises, Inc.
v.
Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409.
 United States Court of Appeals, Fifth Circuit.
 Jan. 7, 1971.
 
 Edgar J. Monjure, Russell Schonekas, Gibson Tucker, Jr., New Orleans, La., for plaintiffs-appellants.
 H. Martin Hunley, Jr., New Orleans, La., for defendant-appellee; Robert Mitten, Chicago, Ill., Lemle, Kelleher, Kohlmeyer, Matthews & Schumacher, New Orleans, La., of counsel.
 Appeal from the United States District Court for the Eastern District of Louisiana; Fred J. Cassibry, District Judge.
 Before GEWIN, GOLDBERG, and DYER, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966